**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

**AMENDED EXHIBIT A: DEFENDANT LIST, JURISDICTION & TIMELINE**

(Civil Action No.:

PLAINTIFF: Terence N. Glenn (Pro Se) – Revere, MA

GROUP 1: THE DATA HUB (The Source)

**1. CHECKR, INC.**

- Jurisdiction (HQ): 1 Montgomery Street, Suite 2400, San Francisco, CA 94104

- Date of Violation: Jan 22, 2025 – Present

- The Act: Willfully refused to update background report after MA DPU vacated fraud finding; continued reporting false data to all other Defendants.

**2. STERLING INFOSYSTEMS, INC.**

- Jurisdiction (HQ): 6150 Oak Tree Blvd, Suite 490, Independence, OH 44131

- Date of Violation: Jan 2025 – Present

- The Act: Maintaining inaccurate background data in violation of FCRA.

GROUP 2: THE GIG CARTEL (The Income Blockade)

**3. UBER TECHNOLOGIES, INC.**

- Jurisdiction (HQ): 1515 3rd Street, San Francisco, CA 94158

- Date of Violation: Jan 22, 2025 – Present

- The Act: Refused reinstatement after DPU Order; maintained illegal blockade.

**4. LYFT, INC.**

- Jurisdiction (HQ): 185 Berry Street, Suite 5000, San Francisco, CA 94107

- Date of Violation: Jan 22, 2025 – Present

- The Act: Group boycott; refusal to reinstate based on corrected State data.

5. DOORDASH, INC.

- Jurisdiction (HQ): 303 2nd Street, South Tower, Suite 800, San Francisco, CA 94107

- Date of Violation: Jan 22, 2025 – Present

- The Act: Permanent deactivation based on vacated fraud charge.

6. MAPLEBEAR INC. d/b/a INSTACART

- Jurisdiction (HQ): 50 Beale Street, Suite 600, San Francisco, CA 94105

- Date of Violation: Jan 22, 2025 – Present

- The Act: Refusal to reinstate; algorithmic discrimination.

7. GRUBHUB HOLDINGS INC.

- Jurisdiction (HQ): 111 W Washington Street, Suite 2100, Chicago, IL 60602

- Date of Violation: Jan 2025 – Present

- The Act: Participation in group boycott.

8. GOBRANDS, INC. d/b/a GOPUFF

- Jurisdiction (HQ): 537 N 3rd St, Philadelphia, PA 19123

- Date of Violation: March 30, 2023 (AG Citation) & Jan 2025 (Retaliation)

- The Act: Banned Plaintiff in MA but allows work in RI (Retaliatory Geographic Discrimination); Misclassification (AG Citation $6.2M).

9. A PLACE FOR ROVER, INC. ("ROVER")

- Jurisdiction (HQ): 711 Capitol Way S., Suite 204, Olympia, WA 98501

- Date of Violation: Feb 2025

- The Act: Denied access to pet care platform based on poisoned Checkr data.

10. VIA TRANSPORTATION, INC.

*[Signature] Terence N. Glenn
2/13/26*

- Jurisdiction (HQ): 95 Morton Street, 3rd Floor, New York, NY 10014

- Date of Violation: Jan 2025

- The Act: Denial of employment based on misclassification.

11. METROBI

- Jurisdiction (HQ): 1 International Place, Suite 1400, Boston, MA 02110

- Date of Violation: Jan 2025

- The Act: Wage theft/Misclassification.

GROUP 3: WAGE THEFT & SPECIFIC ACTORS

12. CLEANSTER.COM

- Jurisdiction (HQ): 2025 Guadalupe St, Suite 260, Austin, TX 78705

- Date of Violation: Dec 2025 – Present

- The Act: Withheld earned wages; sent mocking emails ("Good - let them know").

13. MEALS ON WHEELS AMERICA

- Jurisdiction (HQ): 1550 Crystal Dr, Suite 1004, Arlington, VA 22202

- Date of Violation: Ongoing

- The Act: Denial of volunteer/work status based on background check.

14. WALMART INC. (WALMART SPARK)

- Jurisdiction (HQ): 702 SW 8th Street, Bentonville, AR 72716

- Date of Violation: Jan 2025

- The Act: Denial of Spark Driver account.

GROUP 4: THE FINANCIAL & HOUSING BLOCKADE

15. CREDIT ACCEPTANCE CORPORATION

- Jurisdiction (HQ): 25505 West Twelve Mile Road, Southfield, MI 48034

- Date of Violation: Dec 2025 – Present

*[Signature: Terence N. Glenn]*
*2/13/26*