Amended Exhibit A

Case No.: 1-25-cv-10252

FILED
IN CLERKS OFFICE
2026 FEB 13 PM 3:08
U.S. DISTRICT COURT
DISTRICT OF MASS.

19. Ryan J. Parkinson
Address: 19 Colebrook St
Boston, MA. 02127
Phone No. (1)-949-683-7336

Date of Violation 11/13/2025
The Act: Theft of personal property.
Docket # 2514SC002514

Amended Exhibit A
Case No.: 1-25-cv-10252

• The Act: Predatory lending; destruction of credit score over non-possessed vehicle.

### 16. OCEAN 650 / GREYSTAR PROPERTY MANAGEMENT

• Jurisdiction (HQ): 465 Meeting Street, Suite 500, Charleston, SC 29403

• Local Address: 650 Ocean Avenue, Revere, MA 02151

• Date of Violation: Feb 2026 (Current)

• The Act: Attempted eviction from uninhabitable unit ("8 Points of Failure"); blocking RAFT assistance.

### 17. T-MOBILE US, INC.

• Jurisdiction (HQ): 12920 SE 38th Street, Bellevue, WA 98006

• Date of Violation: Feb 12, 2026

• The Act: Disconnected service during medical emergency due to income blockade.

### 18. PROGRESSIVE CASUALTY INSURANCE

• Jurisdiction (HQ): 6300 Wilson Mills Road, Mayfield Village, OH 44143

• Date of Violation: Dec 2025

• The Act: Complicity in financial harm regarding the vehicle.

### VERIFICATION

I, Terence N. Glenn, certify that this list accurately identifies the Defendants, their locations for Diversity Jurisdiction, and the dates of their violations against me.

Terence N. Glenn, Pro Se

*/s/ Terence N. Glenn*
2/13/26

## II. THE CONSTITUTIONAL CHALLENGE

Plaintiff respectfully requests this Court resolve the following three distinct constitutional questions regarding the delegation of state power to private algorithms. Defendants have acted under the color of state regulation to strip Plaintiff of his fundamental rights without a hearing.

### CONSTITUTIONAL QUESTION #1: PROCEDURAL DUE PROCESS

("The Stigma-Plus Doctrine" & Destruction of Financial Personhood)

• The Issue: Can a private corporation (Defendants Uber/Checkr/Credit Acceptance), acting under the authority of state background check regulations, legally brand a citizen a "Fraud" (Stigma) and permanently deprive them of their livelihood and creditworthiness (Plus) without a hearing, and in direct contradiction of a binding State Order (DPU Jan 2025)?

• The Violation: The Fourteenth Amendment prohibits the deprivation of Liberty and Property without Due Process.

• Liberty Interest (Stigma): Defendants falsely labeled Plaintiff a "Fraud" in a national database, destroying his reputation.

• Property Interest (Financial Personhood): Defendants systematically destroyed Plaintiff's Credit Score—his "Economic Passport"—based on debts he could not pay solely because of their illegal blockade.

• The Constitutional Crisis: By tanking Plaintiff's credit score based on a vacated fraud charge, Defendants have imposed a "Civil Death Penalty" without trial. They have created a "Shadow Court" where their algorithm overrules the Commonwealth of Massachusetts' finding of Innocence.

### CONSTITUTIONAL QUESTION #2: EQUAL PROTECTION

("The Class of One" & Arbitrary Retaliation)

• The Issue: Does Defendant Gopuff's policy of banning Plaintiff in Massachusetts while simultaneously allowing him to work in Rhode Island constitute arbitrary and irrational discrimination in violation of the Equal Protection Clause?

• The Violation: There is no rational basis for a "Safety Ban" that stops at the state line. If Plaintiff were truly dangerous, he would be banned everywhere. Treating Plaintiff differently in two jurisdictions based on the exact same data creates a "Class of One" theory of discrimination, proving the Massachusetts ban is retaliatory, not regulatory.

### CONSTITUTIONAL QUESTION #3: PRIVILEGES & IMMUNITIES

(The Right to Travel & Interstate Commerce)

• The Issue: Does the coordinated blacklist by the "Gig Cartel" impose an unconstitutional burden on Plaintiff's fundamental right to travel and engage in interstate commerce as a Transportation Worker?

• The Violation: By blocking Plaintiff from the platforms necessary to transport passengers and goods across state lines (e.g., Logan Airport, MA-to-NH trips), Defendants are restricting his rights under Article IV, Section 2 to seek employment and conduct trade across the nation. Defendants cannot use a state-level dispute to erect a national blockade against a citizen's right to work.