



• IMMEDIATE CRIMINAL LIABILITY (HIV CARE): Due to your malicious financial delay, I can no longer obtain my necessary HIV care or medication. The intentional deprivation of life-sustaining treatment for a chronic condition is an illegal criminal offense.

• Pervasive Discrimination: The discrimination is in every area of my life: I was forced to cancel ALL future medical appointments (TBI, skin, and HIV care), I cannot get my essential medications, and I face imminent eviction. Within a month, I'll be homeless again, and this time, I don't think I'm strong enough to make it. That is why I'm fighting so hard for my future right now, because this is my last shot.

I am fighting for my health, my future, and my life. You are risking my life.

I am begging you all, please stop hurting me. Please stop.

Forgive them, for they know not what they do.

SECTION III: THE SHAME AND THE WITNESSES

Shame on all of you. I am someone that matters! I matter too!

I'm a good person; I have never been in trouble. People love me. DoorDash, you claim I'm a

**Morgan Jackson** 2:55 PM  
to me

Terence,

Uber does not agree that you are entitled to any kind of reasonable accommodation and your request is denied. As a former holder of a driver account, you were never an employee of Uber, and thus the reasonable accommodation standards of ADA Title I do not apply. Uber has no legal duty to provide you a reasonable accommodation related to access to your driver account under the ADA or any other law.

Further, you have not established below that you are disabled, nor that the issue you have identified ("Symptomatic HIV infection (B20) and related severe chronic anxiety and stress") are related to the reasons why your driver account was deactivated, or that you contend it was deactivated.

For the same reasons, the accomodation that you request, does not appear to bear any relation to any identified purported disability and is not reasonable under the circumstances.

All rights reserved.

# Morgan



**Morgan T. Jackson**
Director, Litigation
415.599.2735 |
mjackson@uber.com |
uber.com

---------- Forwarded message ---------
From: **Triple T** <glenn.terence61@gmail.com>
Date: Sun, Nov 30, 2025 at 5:37 AM
Subject: FORMAL DEMAND FOR REASONABLE ACCOMMODATION UNDER TITLE III OF THE AMERICANS WITH DISABILITIES ACT (ADA) - Immediate Action Required
To: <litigation-demands@uber.com>

...

--
You received this message because you are subscribed to the Google Groups "Uber Legal Team" group.
To unsubscribe from this group and stop receiving emails from it, send an email to litigation-demands+unsubscribe@uber.com.
To view this discussion visit https://groups.google.com/a/uber.com/d/msgid/litigation-demands/CAE1KBr5iBRiVOTHCCtAFHtnzL%

↩ Reply     ↪ Forward     ☺



Exhibit B

Terence N. Glenn
1:25-cv-10252

(Ocean 630)

Bed Room Window →

Sliding Door Upper Window (Living Room)

↑ Entire line is the separation from bedroom window.

Terence W. Glenn
1:25-cv-10252

Exhibit AB

← Left Side

Bedroom Wall
left side facing
Ocean 550
Apts

(Ocean 650)

Terence N. Gtem
1;25-cv-10252

Exhibit B



# THE COMMONWEALTH OF MASSACHUSETTS
# OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

(617) 727-2200
(617) 727-4765 TTY
www.mass.gov/ago

February 05, 2026

Terence Glenn
650 Ocean Avenue, Apartment 709
Revere, MA 02151

RE: Cleanster

Dear Terence Glenn:

Thank you for contacting the Office of the Attorney General's Fair Labor Division.

Workers in Massachusetts have the right to sue their employers for some violations of wage and hour laws. This is called the worker's "private right of action." Workers who win their wage and hour cases in court have a right to collect triple damages, attorneys' fees, and court costs.

The Fair Labor Division receives and reviews thousands of complaints each year and must make difficult decisions about which cases it will pursue on the worker's behalf. We have reviewed your complaint and have decided not to investigate your complaint further. This is not a determination of the merits of your case. It does mean, however, that this Office will not be taking any further action on your complaint. **This is your Private Right of Action Letter.**

You may be able to pursue this matter through a private lawsuit, either on your own or with the assistance of a private attorney. There are strict deadlines for starting a lawsuit. The deadline (statute of limitations) for most wage and hour violations is three years. Workers who miss the deadline will not be able to sue.

**If you need help taking action, you may be interested in seeking free legal assistance at the next Wage Theft Clinic. A flyer with information about the Wage Theft Clinic is included.**

For more information about the Massachusetts Wage and Hour laws and exercising your private right of action, including a list of attorney referral services, please visit the Attorney General's website at www.mass.gov/ago/pra.

Sincerely,
Fair Labor Division
617-727-3465

1324774

## WHAT DOES IT MEAN TO RECEIVE A "PRIVATE RIGHT OF ACTION"?

Workers have the right to sue their employers for violations of wage and hour and prevailing wage laws. Workers may sue on their own or as a group with other workers, if they have similar complaints. This is called the worker's "private right of action."

Workers who win their case have a right to:
- triple damages (three times what you are owed),
- attorney fees and
- court costs.

Depending on the amount of damages (wages owed), workers should file in Small Claims Court, District Court, or Superior Court.

- ❖ **Small Claims Court**: The small claims court is designed to provide a simple, informal and inexpensive procedure for resolving cases where the plaintiff (the person bringing the case) is seeking $7,000 or less. You may bring a small claim only in the court for the area where either you or your employer lives or has a place of business or employment. For more information: (617) 788-8810 or http://www.mass.gov/courts/selfhelp/small-claims/

- ❖ **District Court**: The District Court decides cases where the plaintiff is seeking less than $50,000 in monetary damages. For more information: (617) 788-8810 or http://www.mass.gov/courts/court-info/trial-court/dc/

- ❖ **Superior Court**: The Superior Court decides cases where the plaintiff is seeking more than $50,000 in monetary damages, or cases involving labor disputes where the plaintiff is seeking injunctive relief (an order from the court requiring your employer to change their practices). For more information: (617) 788-8130 or http://www.mass.gov/courts/court-info/trial-court/sc/

Going to court is complicated. You may want a lawyer to help with all or parts of your case. If you need help finding an attorney, you can contact:

- ❖ **Private Lawyer Referral Services**- Mass Bar Association Lawyer Referral Service (617) 654-0400, (866) 627-7577, www.massbar.org/lawhelp or Boston Bar Referral Service (617) 742-0625, www.bostonbarlawyer.org

- ❖ **Free Legal Representation for Low-Income Individuals**- Legal Resource Finder http://www.masslegalservices.org/findlegalaid, or Eastern Region Legal Intake (ERLI), (617) 603-1700, 1 (800) 342-5297

There are strict deadlines for starting a lawsuit. The deadline (statute of limitations) for most wage and hour violations is 3 years after the violation. Workers who miss the deadline will not be able to sue.

More information and additional resources are available on the Fair Labor Division website at www.mass.gov/ago/fairlabor and www.mass.gov/ago/pra.